# Court of Appeals
# of the State of Georgia

ATLANTA,    May 11, 2016

*The Court of Appeals hereby passes the following order:*

**A16A1258. JERMAINE DAVIS v. THE STATE.**

Jermaine Davis pled guilty to robbery and aggravated battery on August 7, 2014, and he was sentenced to ten years to serve.[1] On December 10, 2015, Davis filed a motion to set aside a void judgment and petition for writ of habeas corpus ad testificandum. He simultaneously filed a notice of appeal "from judgment of this court if ruling is not favorable to him." The trial court subsequently denied his motion, and Davis filed an application for discretionary appeal from that order. We dismissed the application for discretionary appeal because a motion to set aside a void judgment is not an appropriate remedy in a criminal case.[2] See *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009). The case is now before us based on Davis's notice of appeal. Pretermitting the validity of Davis's premature notice of appeal, we must dismiss the instant direct appeal for the same reason we dismissed Davis's application

_____

[1] Davis appealed from the denial of his motion to withdraw his guilty plea, and we affirmed the trial court's judgment in an unpublished opinion. See *Davis-Bey v. State*, Case No. A15A1107 (decided Sept. 2, 2015).

[2] *Davis v. State*, A16D0209 (dismissed Jan. 26, 2016).

for discretionary appeal: a motion to set aside a void judgment is not an appropriate remedy in a criminal case. See *Harper*, supra. Accordingly, this direct appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*     05/11/2016

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*